UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZAMA BECERRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-00345-RLY-MJD ) |
| TJX COMPANIES, INC., | ) ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

Consistent with the court's Entry granting Defendant's Motion for Summary Judgment, the court enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 29th day of August 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.