UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELIZAMA BECERRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00345-RLY-MJD |
| | ) | |
| TJX COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING BILL OF COSTS**

As the prevailing party, Defendant TJX Companies, Inc., seeks costs totaling $5,016.05, which represent the fee of the Clerk ($402.00) and the costs of depositions ($4,614.05) necessarily obtained for use in this case. 28 U.S.C. § 1920. The court, having reviewed the Defendant's Motion for Bill of Costs and noting no objection has been filed, **GRANTS** Defendant's motion (Filing No. 52). Costs are hereby taxed against Plaintiff in favor of the Defendant in the amount of $5,016.05.

**SO ORDERED** this 11th day of October 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.